```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JANICE RAZZANO                                      :
                                                    :       CV: 11-2920 (LDW)(WDW)
                          Plaintiff,                :
                                                    :       NOTICE OF APPEARANCE
         - against -                                :
                                                    :
REMSENBURG-SPEONK UNION FREE SCHOOL                 :
DISTRICT, KATHERINE SALOMONE, THOMAS                :
KERR, LISA FOX, KEVIN FREDERICO, CECELIA            :
SPELLMAN-FREY, JOEL PETERSON, RONALD                :
M. MASERA, and JOHN KERN (sued in their             :
official and individual capacities pursuant to New  :
York Executive Law §290 et seq.),                   :
                          Defendants.               :
----------------------------------------------------------------X
```

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Kathleen A. Tirelli, Esq., of Scott Michael Mishkin, P.C., hereby appears as counsel in this matter for Plaintiff, Janice Razzano. The attorney certifies that she is admitted to practice in this Court.

Dated: Islandia, New York
       November 21, 2011

                                                    Respectfully submitted,

                                                    **Scott Michael Mishkin, P.C.**

                                                    _____
                                                    By:    Kathleen A. Tirelli, Esq. (KT8312)
                                                           One Suffolk Square, Suite 240
                                                           Islandia, New York 11749
                                                           Tel: (631) 234-1154
                                                           Fax: (631) 234-5048
                                                           *Attorneys for Plaintiff*