

## Scott Michael Mishkin, PC ATTORNEYS AND COUNSELORS AT LAW

Scott Michael Mishkin, Esq.

One Suffolk Square
Suite 240
Islandia, New York 11749
Tel. 631-234-1154
Fax. 631-234-5048

June 12, 2013

*VIA ECF*

Honorable Leonard D. Wexler
United States District Court Judge
Alphonse M. D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

Thirty-Four Pantigo Road
East Hampton, New York 11937
Tel. 631-907-3809
Fax. 631-324-3622

Re: CV-011-2920(LDW)(WDW)
<u>Razzano v. Remsenburg-Speonk Union Free School District</u>

Dear Judge Wexler:

Your Honor, this correspondence is respectfully submitted at the direction of plaintiff, to request that this matter, now scheduled to commence trial on Tuesday June 25, 2013, be administratively stayed pending the determination of plaintiff's appeal of her Monday June 10, 2013, termination of employment at defendant.

The facts of this matter drastically changed after the selection of the parties jury on Monday June 10, 2013, in that pursuant to the Hearing Officer's determination of plaintiff's 3020(a) Hearing, defendant's Board of Education terminated.

The appeal will be filed by Thursday June 20, 2013, and said decision should be issued within five (5) months.

Opposing counsel is aware of plaintiff's request to Your Honor, but does not consent.

Your Honor's consideration is appreciated.

Respectfully submitted,

Scott Michael Mishkin