

# Scott Michael Mishkin, PC ATTORNEYS AND COUNSELORS AT LAW

Kathleen A. Tirelli, Esq.

One Suffolk Square
Suite 240
Islandia, New York 11749
Tel. 631-234-1154
Fax. 631-234-5048

Thirty-Four Pantigo Road
East Hampton, New York 11937
Tel. 631-907-3009
Fax. 631-324-3622

**Via ECF**

September 11, 2013

Honorable Leonard D. Wexler
United States District Court Judge
United States District Court
Eastern District of New York
Alphonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: CV: 11-2920 (LDW)(WDW)
<u>Janice Razzano v. Remsenburg-Speonk Union Free School District, et al.</u>

Dear Judge Wexler:

As counsel for Plaintiff, we respectfully submit this correspondence upon consent of opposing counsel, to advise the Court on the status of Plaintiff's appeal of her employment termination.

Plaintiff's motion to appeal the decision to terminate her employment is due to be fully briefed on September 24, 2013, and we will advise the Court upon receipt of a final decision of this appeal.

Your Honor's consideration is appreciated.

Respectfully Submitted,

Kathleen A Tirelli

cc: Jeljte DeJong, Esq. (Via ECF)