## CIVIL CAUSE FOR STATUS CONFERENCE

**BEFORE:**    Honorable Leonard D. Wexler
**DATE:**      February 14, 2017
**TIME:**      11:00 to 11:10 (10 Mins.)

**DOCKET:**    11-CV-2920 (LDW)(WDW)
**TITLE:**     Razzano v. Remsenburg-Speonk Union Free School
               District, et al

**APPEARANCES:**
- Plaintiff(s) represented by:
    - **Kathleen Ann Tirelli**

- Defendant(s) represented by:
    - **Jeltje DeJong**

- Courtroom Deputy: E. Russo
_____

- In camera conference held.

- This case is hereby dismissed pursuant to the decision
rendered by the New York State Appellate Department,
plaintiff's failure to respond to requests her counsel and
plaintiff's failure to prosecute.

- Proceedings concluded.