# DEVITT SPELLMAN BARRETT, LLP
## ATTORNEYS AND COUNSELLORS AT LAW

50 Route 111
Smithtown, New York 11787
Phone: (631) 724-8833
Fax: (631) 724-8010
Email: info@devittspellmanlaw.com
(direct mail to Smithtown address)

| | | |
|---|---|---|
| KEVIN M. SPELLMAN | | JUSTIN M. ROWE |
| JOHN M. DENBY | | JOHN J. BURKE |
| NICHOLAS M. BRINO | | JOHN G. SOMMERS |
| DAVID S. PALLAI | | ASHLEY A. HUGHES |
| KENNETH M. SEIDELL | | JACLYN L. DAR CONTE |
| JOHN M. SHIELDS | | |
| ANNE C. LEAHEY | | Of Counsel |
| | | THOMAS J. SPELLMAN, JR. |
| JENNIFER T. CHAVEZ | | STEFANIE AFFRONTI |
| STEPHAN D. TRACE | | DEBORAH C. ZACHARY |
| FELICIA GROSS | | EILEEN M. O'NEILL |
| LAURA ALTO | | ROGER E. SIEGEL |
| TODD M. LEWIS | | EMMANUEL KOSSARIS |
| JANET L.H. SMITELLI | | GEORGE FREITAG |
| | | JOHN T. TRACY |
| Retired | | |
| JOSEPH P. DEVITT (1923-2017) | | |
| WILLIAM J. BARRETT | | |
| JELTJE de JONG | | |

April 18, 2019

VIA ECF

Hon. Judge Matsumoto
and Magistrate Judge Kuo
United States District Court
225 Cadman Plaza
Brooklyn, NY 11201

      Re:    <u>Razzano v. Remsenberg-Speonk, UFSD</u>
              11-CV-02920

Dear Honorable Judge Matsumoto and Magistrate Judge Kuo:

We are the attorneys for the defendants in the above referenced matter. We write to reply to plaintiff's letter to the Court, concerning the requested retention of records, as well as allegations of destruction of records.

From our review of the physical and electronic files retained in this office, coupled with communication with the previously assigned handling attorney and plaintiff's counsel, we are unaware of any records that have been destroyed. The District was previously advised to retain all relevant records, and the plaintiff, through her counsel, was provided with the entirety of discoverable documentation. If plaintiff provides a list of any specific documents that she has a good faith basis to believe she or her counsel have not been provided or have been destroyed, we will undergo the necessary steps to investigate and locate such documents.

---

Hon. Judge Matsumoto  2  April 18, 2019
and Magistrate Judge Kuo
United States District Court

      Re:    <u>Razzano v. Remsenberg-Speonk, UFSD</u>
             11-CV-02920

Thank you for your attentions and courtesies.

                                      Respectfully submitted,

                                      DEVITT SPELLMAN BARRETT, LLP

                                          /S/

                                      John M. Shields

JMS/eo'r
cc:
Scott Michael Mishkin, Esq.
Attorney for Plaintiff
(VIA ECF)

Janice Razzano
Plaintiff Pro Se
3 Normandie Lane
East Moriches, NY 11940
(VIA OVERNIGHT MAIL)