## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANICE RAZZANO,<br><br>    Plaintiff,<br><br>v.<br><br>REMSENBURG-SPEONK UNION FREE SCHOOL DISTRICT, KATHERINE SALOMONE, THOMAS KERR, LISA FOX, KEVIN FEDERICO, CECELIA SPELLMAN-FREY, JOEL PETERSON, RONALD M. MASERA and JOHN KERN in their official and individual capacities pursuant to NYEL §§ 290 et seq.,<br><br>    Defendants. | ECF/CM Case<br><br><br>Case No.  11-CV-02920-KAM-PK<br><br>NOTICE OF APPEARANCE |

To:   Clerk of Court
      All counsels of record

   PLEASE TAKE NOTICE that the undersigned attorney, Locksley O. Wade, now appears counsel for the plaintiff.  Please send copies of all pleadings and other legal documents to the undersigned's address as furnished in this notice.

June 3, 2019
New York, New York

Respectfully submitted,

LAW OFFICE OF
LOCKSLEY O. WADE, LLC
11 Broadway, Suite 615
New York, NY 10004
(212) 933-9180
(212) 933-9181 – Fax
wade@wadefirm.com – Email
*Attorney for Plaintiff*

By: /s/ *Locksley O. Wade*
Locksley O. Wade, Esq.