**MASON LAW**

D. CHRISTOPHER MASON

ATTORNEYS AT LAW
11 BROADWAY - SUITE 615-8
NEW YORK, NEW YORK 10004
P: 212.498.9691 F: 212.498.9692

EMAIL:
cmason@masonlawpllc.com

July 31th, 2019

**VIA ECF**

Honorable Peggy Kuo, Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

| RE: | Razzano v. Remsenburg-Speonk Union Free Sch. Dist., et al. Case No. 11-CV-02920-KAM-PK |
|---|---|

Dear Judge Kuo:

      We are writing in regarding to the July 30th, 2019 Notice of Electronic Filing we received which appears to publicly disclose Plaintiff and Defendant's relative settlement positions in relation to this matter. The plaintiff sees this a being unhelpful and a breach of the confidentiality with respect to settlement negotiations and the protocols of mediation. Therefore, we respectfully request that this entry in the docket be removed and for the Court schedule a settlement conference pursuant to Local Rule 83.8, Court-Annexed Mediation.

      Thank you for your attention.

Respectfully yours,

MASON LAW, PLLC.

*/s/: D. Christopher Mason*
D. Christopher Mason