# DEVITT SPELLMAN BARRETT, LLP
ATTORNEYS AND COUNSELLORS AT LAW

50 Route 111
Smithtown, New York 11787
Phone: (631) 724-8833
Fax: (631) 724-8010
Email: info@devittspellmanlaw.com
(direct mail to Smithtown address)

KEVIN M. SPELLMAN
JOHN M. DENBY
NICHOLAS M. BRINO
DAVID S. PALLAI
JOHN M. SHIELDS
ANNE C. LEAHEY
JUSTIN M. ROWE
JENNIFER T. CHAVEZ

STEPHAN D. TRACE
FELICIA GROSS
LAURA ALTO
TODD M. LEWIS
JANET L.H. SMITELLI
SCOTT J. KREPPEIN

Retired
JOSEPH P. DEVITT (1923-2017)
WILLIAM J. BARRETT
JELTJE de JONG

JOHN G. SOMMERS
ASHLEY A. HUGHES
JACLYN L. DAR CONTE
MICHELE A. PERLIN
GREGORY J. DE TOLLA
CHRISTI M. KUNZIG

Of Counsel
THOMAS J. SPELLMAN, JR.
STEFANIE AFFRONTI
DEBORAH C. ZACHARY
EILEEN M. O'NEILL
ROGER E. SIEGEL
EMMANUEL KOSSARIS
GEORGE FREITAG
JOHN T. TRACY

September 11, 2019

Hon. Kiyo A. Matsumoto, U.S.D.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Razzano v. Remsenburg-Speonk Union Free School District et al**
Docket No. 11-cv-02920-KAM-PK
Our File No. YS5787W9
REQUEST FOR TWO-WEEK EXTENSION OF BRIEFING SCHEDULE

Dear Judge Matsumoto:

Our office represents all Defendants in the above-referenced matter. We are writing, on consent of opposing counsel, to respectfully request that the dispositive motion briefing schedule set forth in the July 30, 2019 minute Order be extended by two weeks, as follows:

|  | **Original Date** | **New Date** |
|---|---|---|
| Moving Papers | 9/12/2019 | 9/26/2019 |
| Opposition | 10/10/2019 | 10/24/2019 |
| Reply | 10/21/2019 | 11/7/2019 |

This is the first request for an extension of time. The reason for the request is that additional time is necessary to draft the motion papers due both to the voluminous nature of the file and

Hon. Kiyo A. Matsumoto
September 11, 2019                                                                                                P a g e | 2

time constraints from other professional and personal obligations.    Thank you for your time and attention to the above.

                        Respectfully submitted,

                        DEVITT SPELLMAN BARRETT, LLP

                        /s/
                        _____
                        By: Scott J. Kreppein, Esq.

cc:       All Counsel (Via ECF)