UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X   Docket No. 11-CV-2920-KAM-PK
JANICE RAZZANO,

                Plaintiff,

   -against-

                                                                   NOTICE OF MOTION

REMSENBURG-SPEONK UNION FREE, SCHOOL DISTRICT, KATHERINE SALOMONE, THOMAS KERR, LISA FOX, KEVIN FREDERICO, CECILIA SPELLMAN-FREY, JOEL PETERSEN, RONALD M. MASERA and JOHN KERN (in their official and individual capacities,

                Defendants.

-------------------------------------------------------X

TO: All Counsel (via ECF)

      TAKE NOTICE, Defendants shall move this Court, on November 7, 2019 or as soon thereafter as counsel may be heard, at the Courthouse located at 100 Federal Plaza, Central Islip, New York, for an Order granting judgment as a matter of law pursuant to Federal Rule of Civil Procedure 56, dismissing Plaintiff's complaint, in whole or in part; together with such other and further relief in Defendant's favor as is deemed just, equitable, and proper.

TAKE FURTHER NOTICE, opposition papers, if any, must be served and filed in accordance with the assigned District Judge's individual motion practice rules.

Dated: September 26, 2019

Yours,

DEVITT SPELLMAN BARRETT, LLP

*/s/ Scott J. Kreppein*

_____
By: Scott J. Kreppein
50 Route 111, Suite 314
Smithtown, NY 11787
(631) 724-8833
S.Kreppein@DevittSpellmanLaw.com