# Janice Razzano



3 Normandie Lane
East Moriches, New York 11940
Cell Telephone: 631-375-0968
jrazz11940@gmail.com

October 24, 2020

**Razzano v. Remsenburg-Speonk Union Free School District et al,**

**District Court Docket No: 11-cv-02920**
Appellate Division Docket No: 17-775 cv

**Attention: Pro Se Office**
United States Federal Courthouse
Eastern District of New York
Honorable Judge Matsumoto
Honorable Magistrate Judge Kuo
225 Cadman Plaza
Brooklyn, New York 11201

Dear Honorable Judge Matsumoto and Honorable Magistrate Judge Kuo,

PLEASE TAKE NOTICE that I am no longer represented by the attorneys Dwayne Christopher Mason and Locksley O. Wade. Mr. Mason informed me that the case ended the date the Judgment was issued which was September 29, 2020. Mr. Wade has not responded to an email request to verify that he no longer represents any of my future legal actions, but it is understood that he is not representing me.

PLEASE TAKE FURTHER NOTICE THAT I respectfully ask that this case be SEALED. I have just recently discovered that my confidential records and references to the records have been displayed on PACER and available for the public to view. The opposing

counsel did not have a protective seal to ensure my rights to keep such personal information private. I am outraged that there were no protections for my medical records and the bogus Solomon reports. The documents that are mostly affected are as follows: Docket Number 58, 58-1, 58-2, 58-3, 58-7, 58-8. 58-10. 58-24. 58-28, and 58-29. Also, exhibits E, F, G, U, Y and Z. The medical reports and Solomon reports have not been released or published in any legal forum. This is a direct HIPAA violation and must be sealed forthwith.

PLEASE TAKE FURTHER NOTICE THAT documents 59-1, 60, 60-1, 60-2, 61, 62 and 63 should be submitted for case participants only. This information reveals specific quoted information from the above reports and are also confidential HIPAA protected. I have a right to keep my medical records and Solomon reports out of the public's view.

Thank you in advance for your assistance with these crucial matters.

Sincerely,

Janice Razzano
Pro Se Litigant

Enclosures: Copies for each judge listed above
Additional copies for the Pro Se Office

**cc: via Unites States First Class Mail**

Scott J. Kreppein
Devitt Spellman Barrett, LLP
50 Route 111
Smithtown, New York 11787

counsel did not have a protective seal to ensure my rights to keep such personal information private. I am outraged that there were no protections for my medical records and the bogus Solomon reports. The documents that are mostly affected are as follows: Docket Number 58, 58-1, 58-2, 58-3, 58-7, 58-8. 58-10. 58-24. 58-28, and 58-29. Also, exhibits E, F, G, U, Y and Z. The medical reports and Solomon reports have not been released or published in any legal forum. This is a direct HIPAA violation and must be sealed forthwith.

PLEASE TAKE FURTHER NOTICE THAT documents 59-1, 60, 60-1, 60-2, 61, 62 and 63 should be submitted for case participants only. This information reveals specific quoted information from the above reports and are also confidential HIPAA protected. I have a right to keep my medical records and Solomon reports out of the public's view.

Thank you in advance for your assistance with these crucial matters.

Sincerely,

*Janice Razzano*
Janice Razzano
Pro Se Litigant

Enclosures:   Copies for each judge listed above
              Additional copies for the Pro Se Office

**cc: via Unites States First Class Mail**

Scott J. Kreppein
Devitt Spellman Barrett, LLP
50 Route 111
Smithtown, New York 11787