FORM 1
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 26 2020 ★
LONG ISLAND OFFICE

NOTICE OF APPEAL

\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF Eastern New York

Janice Razzano
Plaintiff

- against -
Remsenburg-Speonk Union Free School District et al,
Defendants

NOTICE OF APPEAL
2:11-cv-02920
Docket No.

Notice is hereby given that Janice Razzano (party) hereby appeals to the United States Court of Appeals for the Second Circuit from the decision (describe it)

entered in this action on the 26th day of October, 2020.

Signature: Janice Razzano

Printed Name: Janice Razzano

Address: 3 Normandie Lane
East Moriches, New York 11940

Telephone No. (with area code): (631) 375-0958

Date: October 26, 2020