United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: December 03, 2020
Docket #: 20-3718
Short Title: Razzano v. Remsenburg-Speonk Union Free S

DC Docket #: 11-cv-2920
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Matsumoto
DC Judge: Kuo

## NOTICE RE: PENDING MOTION TO PROCEED IN FORMA PAUPERIS

An appeal in the above-referenced case has been docketed in the Court of Appeals. According to the district court docket sheet or other available information, appellant has moved for leave to proceed *in forma pauperis* in district court on October 28, 2020 and that motion is pending. The appeal may not move forward until the motion is determined. Please direct the motion to the appropriate judge for determination. Upon the grant or denial of the motion, please enter the order and transmit it to the Court of Appeals.

Inquiries regarding this case may be directed to 212-857-8527.